

# Fourth Court of Appeals
## San Antonio, Texas

February 10, 2023

No. 04-22-00565-CR

Tina Gabrielle **RENDON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 454th Judicial District Court, Medina County, Texas
Trial Court No. 21-03-13986-CR
Honorable Daniel J. Kindred, Judge Presiding

# O R D E R

Appellee's first motion for an extension of time to file its brief is GRANTED. Appellee's brief is due on or before **March 6, 2023**.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of February, 2023.

_____
Michael A. Cruz,
Clerk of Court